# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| THOMAS D. MOODY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File No. _____ |
| v. | ) |
| | ) |
| BASS PRO OUTDOOR WORLD, | ) |
| LLC d/b/a BASS PRO SHOPS, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES

Plaintiff Thomas D. Moody ("Plaintiff" or "Mr. Moody") files this Complaint for Equitable Relief and Damages against Defendant Bass Pro Outdoor World, LLC d/b/a Bass Pro Shops ("Bass Pro Shops" or "Defendant") Office showing the Court as follows:

### INTRODUCTION

1. This is an action for age discrimination in violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq.* ("ADEA"). In May 2020, Mr. Moody's Regional Director, Daniel Vinson, told Mr. Moody, who at the time was 60 years old, "you are an old manager." Two weeks later, Mr. Vinson terminated Mr. Moody and because of his age and replaced him with someone substantially younger. Mr. Moody seeks injunctive and equitable relief, back pay and lost benefits, front pay or reinstatement, liquidated damages, attorney's fees, and expenses.

### Jurisdiction and Venue

2. This Court has subject matter jurisdiction over Plaintiff's claims under 28 U.S.C. § 1331 and 29 U.S.C. § 626(c)(1).

1

3. Venue is proper in the Middle District of Georgia under 28 U.S.C. § 1391(b) and (c) because the unlawful actions giving rise to this matter were committed in the Middle District of Georgia.

### Exhaustion of Administrative Remedies

4. On November 11, 2020, Mr. Moody timely filed a charge of discrimination – Charge No. 410-2021-00961 – with the Equal Employment Opportunity Commission within 180 days of the occurrence of the acts of which he complains.

5. Mr. Moody brings this suit within ninety (90) days of receiving the Notice of Right to Sue.

### The Parties

6. Mr. Moody is a citizen of the United States and a resident of Georgia.

7. At all times relevant to his claims, Mr. Moody was Bass Pro Shop's "employee" within the meaning of 29 U.S.C. § 630(f).

8. Mr. Moody was 60 years old when Bass Pro Shops terminated him.

9. Bass Pro Shops is a foreign limited liability company licensed to do business in Georgia with a retail location in Macon, Georgia.

10. Mr. Moody worked at the Bass Pro Shops location in the Middle District of Georgia at 5000 Bass Pro Boulevard, Macon, Georgia 31210.

11. Bass Pro Shops may be served with process via personal service on its registered agent, The Corporation Company (FL), 106 Colony Park Drive, Suite 800-B, Cumming, Georgia 30040.

12. At all times pertinent to this lawsuit, Bass Pro Shops has been engaged in an

industry affecting commerce within the meaning of 29 U.S.C. § 630(h).

13. Bass Pro Shops is an "employer" within the meaning of 29 U.S.C. § 630(b).

## Statement of Facts

14. Mr. Moody began employment with Bass Pro Shops as a Manager-in-Training in May 2011 in Portage, Indiana.

15. In June 2012, Mr. Moody was promoted to General Manager and relocated to Bass Bro Shops' Macon retail store.

16. Throughout his employment as General Manager, Mr. Moody's performance met expectations and he performed successfully in his role.

17. In the spring of 2020, sales at the Macon location were good.

18. In March 2020, Mr. Moody received the best performance review of his employment with Bass Pro Shops.

19. On May 26, 2020, Regional Director Danny Vinson visited Mr. Moody's store for a walk through.

20. During the walk through, Mr. Vinson told Mr. Moody, "You are an old manager."

21. When Mr. Moody asked Mr. Vinson if he had just called him old, Mr. Vinson laughed.

22. Two weeks later, on June 10, 2020, Mr. Vinson terminated Mr. Moody and replaced him was a manager who was substantially younger.

## COUNT I: AGE DISCRIMINATION – ADEA

23. Mr. Moody incorporates by reference all the preceding paragraphs.

24. Bass Pro Shops discriminated against Mr. Moody because of his age, in violation

of the ADEA when it terminated his employment because he was "an old manager."

25. But for Mr. Moody's age, he would not have been terminated from Bass Pro Shops.

26. Bass Pro Shop's discriminatory actions have caused Moody damages including, but not limited to lost wages and benefits.

27. Bass Pro Shop's discriminatory acts were willful within the meaning of the ADEA, and Mr. Moody is therefore entitled to liquidated damages under 29 U.S.C. § 626(b).

## Prayer for Relief

**WHEREFORE**, Mr. Moody demands TRIAL BY JURY on all issues so triable and the following relief:

(a) a declaration that Bass Pro Shops violated Mr. Moody's rights under the ADEA;

(b) a permanent injunction against Bass Pro Shops, its officers, agents, successors, employees, attorneys, assigns and other representatives, and all those acting in concert with them or at their direction, from engaging in any further such violations;

(c) full back pay, including lost compensation and benefits, compensation and benefits increases Mr. Moody would have received in the absence of discrimination, retirement losses, and all other components of compensation and benefits reducible to a dollar value;

(d) prejudgment interest on any award as required by law;

(e) liquidated damages equal to Mr. Moody's back pay as a result of Defendant's willful violations of the ADEA;

(f) reinstatement to Mr. Moody's former position with Defendant, with all seniority and benefits made retroactive to his termination date or, in lieu of reinstatement, front pay through Mr. Moody's projected retirement date;


(g)    reasonable attorney's fees, costs, and expenses; and

(h)    such additional monetary and equitable relief as may be just.

Respectfully submitted this 12th day of July, 2021.

**LEGARE, ATTWOOD & WOLFE, LLC**

**Cheryl B. Legare**
Cheryl B. Legare
Georgia Bar No. 038553
cblegare@law-llc.com

125 Clairemont Avenue, Suite 380
Decatur, Georgia 30030
Telephone: 470-823-4000
Facsimile: 470-201-1212

**GAUTREAUX LAW, LLC**

**Jarome E. Gautreaux**
Jarome E. Gautreaux
Georgia Bar No. 297336
jarome@gautreauxlawfirm.com

778 Mulberry Street
Macon, Georgia 31201
Telephone: 478-238-9758
Facsimile: 478-2169179

Co-Counsel for Plaintiff